## Ex parte DENZIL CHASTAIN.

No. A-6712.   Opinion Filed Aug. 1, 1927

(259 Pac. 150.)

'Clay Snodgrass, O. A. Cargill, and Stansell Whiteside, for petitioner.

Edwin Dabney, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for respondent.

EDWARDS, J. This is a companion case to Ex parte Pope, No. A-6711, 37 Okla. Cr. 366, 259 P. 149, just decided. The petitioner here was jointly charged with the petitioner in that case. All the evidence, facts, and circumstances and the conclusion reached in that case are equally applicable here.

Writ denied.

DOYLE, P. J., concurs.

DAVENPORT, J., absent, not participating.